UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE DANIEL RING, JR., a former Detective and King County Sheriff's Deputy; and REBECCA ROSE,

Plaintiffs,

v.

DAVE REICHERT, *et al.*,

Defendants.

NO. C07-693RSL

ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION

This matter comes before the Court on "Defendants' Motion for Reconsideration," Dkt. #56. Defendants ask the Court to reconsider its order granting plaintiffs' motion to modify the case schedule, Dkt. #55, noting that they did not file an opposition to plaintiffs' motion because the case had been stayed. The Court stayed the case on February 24, 2009 in anticipation of the March 2, 2009 trial date. Dkt. #54. At that point, defendants had been unable to take plaintiffs' depositions, plaintiffs' counsel had indicated that his medical condition precluded him from representing plaintiffs, and plaintiffs were out of the country. The Court could have held the case in abeyance or stricken the trial date to address the problem, but because the Court stayed the case, defendants reasonably believed they could not respond to plaintiffs' motion to modify the case schedule.

The Court hereby GRANTS defendants' motion for reconsideration of its order

ORDER GRANTING
DEFENDANTS' MOTION FOR
RECONSIDERATION - 1

modifying the case schedule (Dkt. #56).[1] The case is re-opened, and plaintiffs' motion to modify the case schedule (Dkt. #51) is re-noted for March 20, 2009.

DATED this 10th day of March, 2009.

*[signature]*
Robert S. Lasnik
United States District Judge

---

[1] The portion of the Court's order (Dkt. #55) granting plaintiffs' counsel's motion to withdraw is not subject to reconsideration.

ORDER GRANTING
DEFENDANTS' MOTION FOR
RECONSIDERATION - 2